UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PANGEA ADVENTURE
RACING, INC.

            Plaintiff

v.                                                    Case No. 6:14-CV-957-Orl-37TBS

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC.

            Defendant
_____/

## PLAINTIFF'S NOTICE OF FILING OF RETURN OF SERVICE OF SUMMONS

Please take notice that Plaintiff, PANGEA ADVENTURE RACING, INC. has

been filed with the Middle District Court Florida, Orlando Division the return of service

for the Summons served on RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

on July 2, 2014.

                                        Respectfully Submitted,

                                        /s/Christie Arkovich
                                        Christie D. Arkovich, Esq.
                                        Florida Bar No. 963690
                                        cdalaw@tampabay.rr.com
                                        Barbara C. Leon, Esq.
                                        Florida Bar No. 582115
                                        cdalaw5@tampabay.rr.com
                                        CHRISTIE D. ARKOVICH, P.A.
                                        1520 W. Cleveland St.
                                        Tampa, Florida 33606
                                        (813) 258-2808
                                        (813) 258-5911 (Facsimile)
                                        Attorneys for Defendant(s)
                                        Service email: 1. cdalaw@christiearkovich.com
                                                       2. cdalaw7@tampabay.rr.com

## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:14-CV-957-ORL-37TB

Plaintiff:
PANGEA ADVENTURE RACING, INC.
vs.
Defendant:
RECEIVABLES PERFORMANCE MANAGEMENT, LLC

For: Christie Arkovich, P.A.
Christie D. Arkovich, P.A.

Received by Process Service of America, Inc., Leon County, on the 30th day of June, 2014 at 12:53 pm to be served on RECEIVABLES PERFORMANCE MANAGEMENT, LLC CT CORPORATION SYSTEM, AS RA, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324. I, _Susan Rosenberg_, do hereby affirm that on the _2nd_ day of _July_, 20_14_ at _2:57_ m., executed service by delivering a true copy of the Summons in a Civil Case, Complaint and Demand for Jury Trial and Civil Cover Sheet in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as

(X) CORPORATE SERVICE: By serving _Donna Moch_ _Authorized employee_ as

( ) OTHER SERVICE: As described in the Comments below by serving _____ as

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS:

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Pursuant to Florida Statute 92.525 and under penalty of perjury, I declare that the facts set forth are true and correct, executed on _7-2-14_.



PROCESS SERVER # _477_
Appointed in accordance with State Statutes

Process Service of America, Inc., Leon County,
P.O. Box 5848
Tallahassee, FL 32314-5848
(850) 877-9809

Our Job Serial Number: 2014015709

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n