## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PANGEA ADVENTURE
RACING, INC.

        Plaintiff

v.                                        Case No. 6:14-CV-957-Orl-37TBS

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC.

        Defendant
_____/

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, PANGEA ADVENTURE RACING, INC., through Christie D. Arkovich, Esq., her attorney and authorized representative of Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, LLC., both having reached full settlement of all pending claims against RECEIVABLES PERFORMANCE MANAGEMENT, LLC., in the above captioned case.

## CERTIFICATE OF SERVICE

I electronically filed the foregoing, by using CM/ECF system, which will send an electronic notice to all authorized CM/ECF filers, on this 18th day of September, 2014:

                                          */s/ Christie D. Arkovich*
                                          CHRISTIE D. ARKOVICH, ESQ.
                                          1520 W. Cleveland St.
                                          Tampa, Florida 33606
                                          (813) 258-2808
                                          (813) 258-5911 (facsimile)
                                          Florida Bar No. 963690
                                          Attorney for Debtor/Plaintiff